PAPERS IN FILE
[None]

LILLY AND BOSTON
v.
HUBERT LACROIX

1808

JOURNAL ENTRIES

1. Declaration filed; rule to bring body . . . *Journal, infra,* *p. 130
2. Special bail . . . . . . . . . . . . . " 131
3. Rule to plead . . . . . . . . . . . " 138
4. Jury de medietate linguae ordered . . . . . . . " 210
5. Surrender by bail . . . . . . . . . . . " 212
6. Discontinuance . . . . . . . . . . . " 221

PAPERS IN FILE
[None]